# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 25-2976

———————————————

Charlotte Harris

*Plaintiff - Appellant*

v.

City of Little Rock

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Arkansas - Central

——————————

Submitted: July 1, 2026
Filed: July 8, 2026
[Unpublished]

——————————

Before GRUENDER, BENTON, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Charlotte Harris appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After careful review of the record

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.

and the parties' arguments on appeal, we conclude the grant of summary judgment was proper. <u>See</u> <u>Said v. Mayo Clinic</u>, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo). Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____